Tejas G. Patel, Esq.
tejas.p@tplglobal.net
T.P.L. Global, LLC
Address: 100 Tradecenter, Suite G700
Woburn, MA 01801
United States
Phone: (1) 617-391-7741
Fax: 781-312-0657
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON (EASTERN) DIVISION

| | |
|---|---|
| Kaksh Vishnubhai Patel, Massachusetts, see the additional page.<br><br>Plaintiffs<br><br>v.<br><br>Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530; See the additional page.<br><br>Defendants | Case No. 1:25-cv-10593<br><br>Plaintiffs' Notice of Voluntary Dismissal |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON (EASTERN) DIVISION

Amita Rajeshkumar Patel, Massachusetts, Rajeshkumar Somabhai Patel, Massachusetts, Hetalben Vasantkumar Patel, Massachusetts, Samata Chhanabhai Patel, Massachusetts, Ghanshyambhai Ramanlal Patel, Massachusetts, Sonalben Ghanshyambhai Patel, Massachusetts, Sanketkumar Mangaldas Patel, Massachusetts, Chandresh Jigneshkumar Patel, Massachusetts, Vipulkumar Maganbhai Patel, Massachusetts, Anitaben Pravinbhai Patel, Massachusetts, Rasikbhai Vitthalbhai Patel, Massachusetts, Vidhyaben Rasikbhai Patel, Massachusetts, Rajendrakumar Shankarlal Patel, Massachusetts, Ilaben Rajendrakumar Patel, Massachusetts, Yug Rajendrakumar Patel, Massachusetts, Mahendrakumar Narandas Patel, Louisiana, Giraben Mahendrakumar Patel, Louisiana, Dilipkumar Dashrathbhai Patel, New Jersey, Rachana Sureshlal Patel, New Jersey, Asha Bharatkumar Patel, Connecticut, Bharat Mohanlal Patel, Connecticut, Tanush Bharatkumar Patel, Connecticut, Parthkumar Ghanshyambhai Patel,

2

| | |
|---|---|
| Kentucky, Urvashi Rasikbhai Patel, Kentucky, Nehaben Harishinh Chavda, South Carolina, Harisinh Babuji Chavda, South Carolina, Sonalben Harisinh Chavda, South Carolina, Avirajsinh Harisinh Chavda, South Carolina, Vishnu Vardhan Unnam, Michigan, Urvishkumar Pravinkumar Patel, New Hampshire, Dhruvi Bharatbhai Patel, New Hampshire, Kuldip Gautambhai Devmorari, Missouri, Shivannarayana Kundurthi, Texas <br><br><br> Plaintiffs <br><br> v. | |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON (EASTERN) DIVISION

Kristi Noem, Secretary of Homeland Security;
Kika Scott, Senior Official Performing the Duties of the Director, USCIS,
Connie Nolan, Associate Director, USCIS Vermont Service Center, 38 River Road, USCIS Essex Junction, VT 05479-0001;
Connie Nolan, Associate Director, USCIS Nebraska Service Center, 850 S Street, Lincoln, NE 68508

    Defendants

The Plaintiffs, by and through their undersigned attorney of record, hereby files Plaintiffs' Voluntary Notice of Dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                                                    Respectfully submitted,

Date Signed: June 09, 2025              By: _____
                                                      Tejas G. Patel, Esq.
                                                      MA Bar No. 691567
                                                     Tejas.p@tplglobal.net
                                                     TPL Global, LLC
                                                     100 Tradecenter, Suite G700
                                                     Woburn, MA 01801
                                                     Phone: 617-391-7741

## CERTIFICATE OF SERVICE

Docket No.: 1:25-cv-10593

I hereby certify that the foregoing Plaintiffs' Notice of Voluntary Dismissal was delivered by UPS mail and electronic mail, to Assistant U.S. Attorney Mark Sauter, U.S. Attorney's Office – Massachusetts, on behalf of Pamela Bondi, Kristi Noem, Kika Scott, and Connie Nolan on June__10__, 2025.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: June__10__, 2025                             _____
                                                                    Tejas G. Patel, Esq.